AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DAVID G HOTCHKISS, an unmarried man,

                Plaintiff,

v.

CSK AUTO INC; CECIL LEWIS, a married man, DON REALING, an unmarried man, and TROY HUFFMAN, a married man,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 12-CV-0105-TOR

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered against defendant CSK Auto Inc and in favor of plaintiff David G Hotchkiss in the amount of $55,000.00.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Cecil Lewis, Don Realing and Troy Huffman.

March 20, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Linda L. Hansen
*(By) Deputy Clerk*
Linda L. Hansen